B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Simis, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>87-0732549 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1409 Sutter Street<br>San Francisco, CA<br>ZIP Code: 94109 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>San Francisco | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Simis, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Simis, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Iain A. Macdonald**
Signature of Attorney for Debtor(s)

**Iain A. Macdonald 051073**
Printed Name of Attorney for Debtor(s)

**Macdonald & Associates**
Firm Name

**221 Sansome St.**
**San Francisco, CA 94104**

Address

**(415) 362-0449  Fax: (415) 394-5544**
Telephone Number

**April 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sarit Simayof**
Signature of Authorized Individual

**Sarit Simayof**
Printed Name of Authorized Individual

**Officer**
Title of Authorized Individual

**April 11, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Simis, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BK Jewellery<br>Room 701-702, 7/F, Hilder Centre<br>2 Sung Ping Street<br>Hunghom, Kln, Hong Kong | BK Jewellery<br>Room 701-702, 7/F, Hilder Centre<br>2 Sung Ping Street | Trade Debt | | 18,904.40 |
| Brilliant Gems, Inc.<br>12 S. First Street, #223<br>San Jose, CA 95113 | Brilliant Gems, Inc.<br>12 S. First Street, #223<br>San Jose, CA 95113 | Trade Debt | | 48,839.52 |
| Color Jewels, Inc.<br>36 West 44th Street<br>Suite 900<br>New York, NY 10036 | Color Jewels, Inc.<br>36 West 44th Street<br>Suite 900<br>New York, NY 10036 | Trade Debt | | 73,490.18 |
| David Ciapponi<br>P. O. Box 936<br>Alamo, CA 94507 | David Ciapponi<br>P. O. Box 936<br>Alamo, CA 94507 | Trade Debt | | 26,500.00 |
| Euro Gems Inc.<br>S.F. Jewelery Mart<br>101 Utah Street, #205<br>San Francisco, CA 94103 | Euro Gems Inc.<br>S.F. Jewelery Mart<br>101 Utah Street, #205<br>San Francisco, CA 94103 | Trade Debt | | 153,829.85 |
| First Image Design Corp.<br>48 W. 48th Street, #604<br>New York, NY 10036 | First Image Design Corp.<br>48 W. 48th Street, #604<br>New York, NY 10036 | Trade Debt | | 21,875.00 |
| Fischler Diamonds, Inc. (Bel-Am)<br>580 Fifth Avenue<br>Suite 3100<br>New York, NY 10036 | Fischler Diamonds, Inc. (Bel-Am)<br>580 Fifth Avenue<br>Suite 3100<br>New York, NY 10036 | Trade Debt | | 174,893.70 |
| Fischler Ventures, Inc.<br>580 Fifth Avenue<br>Suite 3100<br>New York, NY 10036 | Fischler Ventures, Inc.<br>580 Fifth Avenue<br>Suite 3100<br>New York, NY 10036 | Trade Debt | | 239,468.70 |
| Gabriel & Itamar Diamonds<br>3 Jabotinski Street<br>Shimshon Bldg., Suite 1516<br>Ramat Gan 52520, Israel | Gabriel & Itamar Diamonds<br>3 Jabotinski Street<br>Shimshon Bldg., Suite 1516 | Trade Debt | | 49,450.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Gold Lion Jewelery Inc.**<br>637-639 South Hill Street D3<br>Los Angeles, CA 90014 | **Gold Lion Jewelery Inc.**<br>637-639 South Hill Street D3<br>Los Angeles, CA 90014 | Trade Debt | | 75,265.00 |
| **Hong Kong Universal Jewellery Ltd.**<br>25-41 Lyndhurst Terrace<br>Lyndhurst Building, 4-5/F<br>Central, Hong Kong | **Hong Kong Universal Jewellery Ltd.**<br>25-41 Lyndhurst Terrace<br>Lyndhurst Building, 4-5/F | Trade Debt | | 47,410.00 |
| **Icon Gems, Inc.**<br>2W 46 Street<br>Suite #603<br>New York, NY 10036 | **Icon Gems, Inc.**<br>2W 46 Street<br>Suite #603<br>New York, NY 10036 | Trade Debt | | 18,893.25 |
| **Izakov Diamonds Israel (IDI)**<br>1 Jabotinsky Street<br>Maccabi Building, Suite 1731<br>Ramat Gan, Israel | **Izakov Diamonds Israel (IDI)**<br>1 Jabotinsky Street<br>Maccabi Building, Suite 1731 | Trade Debt | | 19,354.24 |
| **K.M.K. Diamonds Ltd.**<br>54 Bezalel Street<br>Diamond Exchange Bldg.<br>11/F, Rm 1161<br>Ramat Gan 52521, Israel | **K.M.K. Diamonds Ltd.**<br>54 Bezalel Street<br>Diamond Exchange Bldg.<br>Ramat Gan 52521, Israel | Trade Debt | | 17,902.00 |
| **Pekard Diamonds, Ltd.**<br>Noam Bldg.<br>Suite 806-807<br>23 Tuval Street<br>Ramat Gan, Israel | **Pekard Diamonds, Ltd.**<br>Noam Bldg.<br>Suite 806-807<br>Ramat Gan, Israel | Trade Debt | | 39,619.00 |
| **RDI Trading Earstuds USA**<br>740 Sansom Street<br>Suite 304<br>Philadelphia, PA 19106 | **RDI Trading Earstuds USA**<br>740 Sansom Street<br>Suite 304<br>Philadelphia, PA 19106 | Trade Debt | | 40,083.46 |
| **Shree Raj Diamonds (Shree Raj Inc.)**<br>12 South First Street<br>Suite 223<br>San Jose, CA 95113 | **Shree Raj Diamonds (Shree Raj Inc.)**<br>12 South First Street<br>Suite 223<br>San Jose, CA 95113 | Trade Debt | | 21,065.29 |
| **Sienna Diamonds Ltd.**<br>Diamond Tower<br>21 Tuval St., Suite #1490<br>Ramat Gan 52520, Israel | **Sienna Diamonds Ltd.**<br>Diamond Tower<br>21 Tuval St., Suite #1490 | Trade Debt | | 86,765.80 |
| **Taurus Gems, Inc.**<br>15 West 47th, #1803<br>New York, NY 10036 | **Taurus Gems, Inc.**<br>15 West 47th, #1803<br>New York, NY 10036 | Trade Debt | | 17,257.90 |
| **Waddy Jewellery Co., Ltd.**<br>Room 204, Tower 2<br>Harbour Centre<br>8 Hok Cheung Street<br>Hunghom, Kowloon, Hong Kong | **Waddy Jewellery Co., Ltd.**<br>Room 204, Tower 2<br>Harbour Centre<br>Hunghom, Kowloon, Hong Kong | Trade Debt | | 24,108.28 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 11, 2011**                  Signature  **/s/ Sarit Simayof**
                                                                             **Sarit Simayof**
                                                                             **Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **Simis, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of **7** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **April 11, 2011**

**/s/ Iain A. Macdonald**
Signature of Attorney
**Iain A. Macdonald 051073**
**Macdonald & Associates**
**221 Sansome St.**
**San Francisco, CA 94104**
**(415) 362-0449   Fax: (415) 394-5544**

A.N. Gems, Inc.
2 West 46th Street
Room #1206
New York, NY 10036


Activ-Gem, Inc.
4141 Southwest Freeway
Suite 606
Houston, TX 77027


Adi Simayof
1938 Union Street
San Francisco, CA 94123-4205


Aminoff Diamonds
Shimson Bldg, Suite 1516
Mail Box 127 3
Jabotinski, Ramat Gan 52521, Israel


Andiamond
587 Fifth Avenue
5th Floor
New York, NY 10016


Ani's Nuziale, Inc.
6260 99th Street
Suite #1612
Rego Park, NY 11374


BK Jewellery
Room 701-702, 7/F, Hilder Centre
2 Sung Ping Street
Hunghom, Kln, Hong Kong


Brilliant Gems, Inc.
12 S. First Street, #223
San Jose, CA 95113

Camelot Bridal
2389 Vauxhall Road
P. O. Box 3114
Union, NJ 07083


Color Jewels, Inc.
36 West 44th Street
Suite 900
New York, NY 10036


David Ciapponi
P. O. Box 936
Alamo, CA 94507


DSL Pearl Inc.
15 West 47th Street
Suite 605
New York, NY 10036


EPS Platinum
1979 Stout Drive
Unit 2
Warminster, PA 18974


Euro Gems Inc.
S.F. Jewelery Mart
101 Utah Street, #205
San Francisco, CA 94103


Ever Precious, Inc.
2024 Quail Street
Newport Beach, CA 92660


EZ Diamonds (USA) Inc.
576 Fifth Avenue
Suite 505
New York, NY 10036

First Image Design Corp.
48 W. 48th Street, #604
New York, NY 10036


Fischler Diamonds, Inc. (Bel-Am)
580 Fifth Avenue
Suite 3100
New York, NY 10036


Fischler Ventures, Inc.
580 Fifth Avenue
Suite 3100
New York, NY 10036


Frederick Goldman Inc.
154 West 14th Street
New York, NY 10011


Gabriel & Itamar Diamonds
3 Jabotinski Street
Shimshon Bldg., Suite 1516
Ramat Gan 52520, Israel


Gold Lion Jewelery Inc.
637-639 South Hill Street D3
Los Angeles, CA 90014


GR Fancies
580 Fifth Avenue, #337
New York, NY 10036


Hong Kong Universal Jewellery Ltd.
25-41 Lyndhurst Terrace
Lyndhurst Building, 4-5/F
Central, Hong Kong

Icon Gems, Inc.
2W 46 Street
Suite #603
New York, NY 10036


Izakov Diamonds Israel (IDI)
1 Jabotinsky Street
Maccabi Building, Suite 1731
Ramat Gan, Israel


K.M.K. Diamonds Ltd.
54 Bezalel Street
Diamond Exchange Bldg.
11/F, Rm 1161
Ramat Gan 52521, Israel


Lawson Jewelry
5502 15th Avenue S
Seattle, WA 98108


Leo Frank & Sons, Inc.
3290 W. Bing Beaver Road
Suite 128
Troy, MI 48084


M. K. Design
760 Market Street
Suite 754
San Francisco, CA 94102


Manak Jewels
101 Utah Street, Suite 207
San Francisco, CA 94103


Mandalay Design Inc.
629 S. Hill Street
Suite #1000
Los Angeles, CA 90014

Mira Style Jewellery Co., Ltd.
Unit 410-411, 4/F
Heng Ngai Centre
4 Hok Yuen Street East
Hunghom, Kowloon, Hong Kong


Pekard Diamonds, Ltd.
Noam Bldg.
Suite 806-807
23 Tuval Street
Ramat Gan, Israel


Pinto Diamonds, Inc.
579 5th Avenue
Suite 1110
New York, NY 10017


Polo Gem Co. LLC
580 Fifth Avenue
Suite 2606
New York, NY 10036


Private Collection
5 South Wabash
Suite 614
Chicago, IL 60603


RDI Trading Earstuds USA
740 Sansom Street
Suite 304
Philadelphia, PA 19106


Sarit Simayof
845 Vermont, Unit #2
San Francisco, CA 94107-2614


Shree Raj Diamonds (Shree Raj Inc.)
12 South First Street
Suite 223
San Jose, CA 95113

Sienna Diamonds Ltd.
Diamond Tower
21 Tuval St., Suite #1490
Ramat Gan 52520, Israel



SIMBP Inc.
1409 Sutter Street
San Francisco, CA 94109-5417



SIMLV Inc.
 3377 South Las Vegas Blvd
Suite #2125
Las Vegas, NV 89109



SIMSF Inc.
1934 Union Street
San Francisco, CA 94123-4205



SIMUS Inc.
1409 Sutter Street
San Francisco, CA 94109-5417



Taurus Gems, Inc.
15 West 47th, #1803
New York, NY 10036



Venetti Diamonds
606 S. Hill Street
Suite 903
Los Angeles, CA 90014



Waddy Jewellery Co., Ltd.
Room 204, Tower 2
Harbour Centre
8 Hok Cheung Street
Hunghom, Kowloon, Hong Kong

Wah Ngai Hong Jewelry Company Ltd.
Office B, 18/F, Tower A
Billion Centre No. 1
Wan Kwong Road
Kowloon, Hong Kong


Waldman Diamond Company
15 West 47th Street, Suite 1000
New York, NY 10036


World of Charms, Inc.
246 Powell Street
San Francisco, CA 94102-2206


Zikri Eli USA Inc.
Malca Amit USA LLC
580 5th Avenue, Lobby 1
New York, NY 10036